United States District Court
Southern District of Texas
**ENTERED**
August 10, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COOPER INDUSTRIES, LTD. AND COOPER US, INC., § § § Plaintiffs, § § vs. § § NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., § § Defendant. § § | CIV. ACTION NO. 4:12-CV-1591 |

## ~~PROPOSED~~ JUDGMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on for hearing before the Court, on September 21, 2015, Hon. Alfred Bennett, District Judge Presiding, on a Motion for Summary Judgment by defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly-rendered on June 21, 2016,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits and that defendant National Union recover its costs.

**IT IS SO ORDERED.**

DATED: **AUG 0 9 2016**, 2016

_____
Alfred H. Bennett
United States District Judge

83514307v1

1