**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| COOPER INDUSTRIES, LTD., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 4:12-cv-01591 |
| vs. | ) |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) DEMAND FOR JURY TRIAL |
| COMPANY OF PITTSBURGH, PA., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Cooper Industries, Ltd. and Cooper US, Inc., Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on August 10, 2016 (Docket Entry No. 120) and from all other adverse orders, opinions, decisions and rulings in this case underlying that Final Judgment, including the Order entered by the Court on June 21, 2016 (Docket Entry No. 118).

NAI-1501365392v1

Dated:  August 12, 2016

Respectfully submitted,

*/s/ William R. Taylor (w/permission of attorney-in-charge)*

**Mark J. Andreini (attorney-in-charge)**
Ohio State Bar No. 0063815
Admitted *Pro Hac Vice*
mjandreini@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
(216) 586-3939
(216) 579-0212 (facsimile)

**OF COUNSEL:**

**Michael H. Ginsberg**
Pennsylvania State Bar No. 43582
Admitted *Pro Hac Vice*
mhginsberg@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania  15219-2514
(412) 391-3939
(412) 394-7959 (facsimile)

**William R. Taylor**
Texas State Bar No. 24070727
Southern District Bar No. 1061206
wrtaylor@jonesday.com
JONES DAY
717 Texas Street; Suite 3300
Houston, Texas  77002-2712
(832) 239-3939
(832) 239-3600 facsimile

*Attorneys for Plaintiffs, Cooper Industries, Ltd. and Cooper US, Inc.*

NAI-1501365392v1

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on August 12, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel of record electronically or by any other manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

*/s/ William R. Taylor*
William R. Taylor
